| | |
|---|---|
| **THE LAW OFFICE OF PAUL K. JOSEPH, PC** <br> PAUL K. JOSEPH (287057) <br> *paul@pauljosephlaw.com* <br> 4125 W. Pt. Loma Blvd. No. 206 <br> San Diego, CA 92110 <br> Phone: (619) 767-0356 <br> Fax: (619) 331-2943 <br><br> **THE LAW OFFICE OF JACK FITZGERALD, PC** <br> JACK FITZGERALD (SBN 257370) <br> *jack@jackfitzgeraldlaw.com* <br> TREVOR M. FLYNN (SBN 253362) <br> *trevor@jackfitzgeraldlaw.com* <br> MELANIE PERSINGER (SBN 275423) <br> *melanie@jackfitzgeraldlaw.com* <br> Hillcrest Professional Building <br> 3636 Fourth Avenue, Suite 202 <br> San Diego, California 92103 <br> Phone: (619) 692-3840 <br> Fax: (619) 362-9555 <br><br> *Counsel for Plaintiffs and the Proposed Class* | **LAW OFFICE OF FRANK J. BROCCOLO** <br> Frank J. Broccolo (SBN 210711) <br> *frank@broccololaw.com* <br> 7083 Hollywood Boulevard, Suite 4014 <br> Los Angeles, CA 90028 <br> Telephone: (310) 694-1795 <br><br> *Counsel for Defendant Costco Wholesale Corporation* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOSWELL and MICHELLE SALAZAR-NAVARRO, on behalf of themselves, all others similarly situated and the general public, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | Case No: 8:16-cv-00278-DOC-DFM <br><br> **STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY-STORED INFORMATION (ESI) AND OTHER ISSUES** <br><br> Judge:   Hon. David O. Carter |

1. **PURPOSE**

   This stipulation governs the discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Civility and Professionalism Guidelines, and any other applicable orders and rules.

2. **COOPERATION**

   The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Civility and Professionalism Guidelines.

3. **SEARCH**

   The parties agree that, in connection with any requests served pursuant to Federal Rule of Civil Procedure 34, they will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery and/or otherwise unduly burdensome. In doing so, the parties shall meet and confer to determine a universe of document custodians, and relevant search terms, which shall be subject to ongoing meet and confer efforts, and revision, in the event of unforeseen circumstances, such as if the custodians and search terms turn out to be either overbroad or insufficient to locate relevant documents.

4. **PRODUCTION FORMATS**

   The parties agree that they will produce documents as bates-labeled pdf images. Each party reserves the right to request that a second copy of any document be produced in native format, if the image of the document is obscured (e.g., a pdf image of an excel file obscures certain pages or columns) and/or the requesting party believes in good faith the document is material to the action. Documents containing attorney-client privileged and/or work product information will not be subject to production in native format.

5. **DOCUMENTS PROTECTED FROM DISCOVERY**

   a) Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege

1

or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding.

b)   Privileged communications involving counsel that post-date the filing of the original complaint need not be placed on a privilege log; provided, however, that if anyone other than a Party and his, her, or its counsel is involved in such a communication, the Party, if it nevertheless asserts some privilege or protection against production, must log the communication on a privilege log even if it post-dates the filing of the original complaint.

**6.   MODIFICATION**

This stipulation may be modified by the parties in a subsequently executed stipulation and/or by the Court for good cause shown.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: July 8, 2016 | Dated: July 8, 2016 |
| /s/ Jack Fitzgerald | /s/ Frank J. Broccolo |
| By: Jack Fitzgerald<br>**THE LAW OFFICE OF JACK FITZGERALD, PC** | By: Frank J. Broccolo<br>**LAW OFFICE OF FRANK J. BROCCOLO** |
| *On behalf of Plaintiffs and the Proposed Class* | *On behalf of Defendant Costco Wholesale Corporation* |

*Filer's Attestation:  Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), Frank J. Broccolo hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed.*