**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 16-0278-DOC (DFMx)  Date: February 3, 2017

Title: JAMES BOSWELL ET AL. V. COSTCO WHOLESALE CORPORATION

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

The Court ORDERS Michelle Salazar-Navarro to appear **on February 13, 2017 at 11:00 a.m.** to show cause why her claims should not be dismissed for failure to diligently prosecute this case . The Court has received conflicting accounts of Salazar-Navarro's compliance with her outstanding discovery obligations. *Compare* Declaration of Paul K. Joseph ("Joseph Decl.") (Dkt. 71-2) ¶ 10, 13, *with* Reply in Support of Motion to Dismiss (Dkt. 72) at 3–5. Salazar-Navarro shall also be prepared to explain to the Court the reason for her lapse in communication with her counsel—*in camera* if necessary.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: djg

MINUTES FORM 11
CIVIL-GEN