**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
*paul@pauljosephlaw.com*
4125 W. Pt. Loma Blvd. No. 206
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

**THE LAW OFFICE OF**
**JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOSWELL, MICHELLE SALAZAR-NAVARRO, and JUNE KEEN on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No: 8:16-cv-00278-DOC-DFM<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Date: December 4, 2017<br>Time: 8:30 a.m.<br>Courtroom: 9D, Santa Ana<br>Judge: Hon. David O. Carter |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, on December 4, 2017 at 8:30 a.m., in Courtroom 9D of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, or as soon thereafter as may be heard, plaintiffs James Boswell, Michelle Salazar-Navarro, and June Keen, will, and hereby do, move for an Order:

    1.    Certifying the Settlement Class;

    2.    Finally approving the Settlement as fair, reasonable, and adequate to the Class;

    3.    Directing the parties to undertake the obligations set forth in the Settlement Agreement that arise out of the Court's final approval;

    4.    Entering Judgment consistent with the concurrently-filed Proposed Order; and

    5.    Maintaining jurisdiction over this matter for purpose of enforcing the Judgment.

This motion is based upon the accompanying memorandum of points and authorities, all papers and records on file in this matter, the concurrently-filed Declarations of Jack Fitzgerald, Paul Joseph, Kimberly Ness, and Frank Broccolo, and all pleadings and proceedings had to date, and any written or oral argument offered in support of or in opposition to this motion.

Dated: November 6, 2017        Respectfully Submitted,

/s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**THE LAW OFFICE OF PAUL K. JOSEPH, PC**

1

*Boswell et al. v. Costco Wholesale Corp.*, No. 16-cv-278-DOC-DFM
NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

PAUL K. JOSEPH
*paul@pauljosephlaw.com*
4125 W. Point Loma Blvd. #206
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

***Attorneys for Plaintiffs and the Settlement Class***