# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOSWELL, MICHELLE SALAZAR-NAVARRO, and JUNE KEEN on behalf of themselves, all others similarly situated and the general public, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION and LODC GROUP, LTD., <br><br> Defendants. | Case No: 8:16-cv-00278-DOC-DFM <br><br> **JUDGMENT ENTERED PURSUANT TO CLASS ACTION SETTLEMENT [134]** <br><br> Judge: Hon. David O. Carter |

| | |
|---|---|
| 1 | **IT IS ORDERED, ADJUDGED, AND DECREED** that, pursuant to Federal Rule |
| 2 | of Civil Procedure 58(a), and pursuant to, in accordance with, and as set forth in the |
| 3 | Court's Order Granting Plaintiffs' Motions for Final Approval of Class Settlement and for |
| 4 | Attorneys' Fees, Costs, and Incentive Awards, this action is hereby dismissed, with |
| 5 | prejudice, including as to all Plaintiffs and all Settlement Class Members. |
| 6 | |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | Dated: _December 20_, 2017 |
| 10 | *[signed]* David O. Carter |
| | Hon. David O. Carter |
| | United States District Court Judge |